IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STORAGE TECHNOLOGY (BERMUDA)
LTD. a/k/a STORAGE TECHNOLOGY DE
PUERTO RICO, INC.,

       Plaintiff

         v.               CIVIL NO. 07-1627 (JP)

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, et al.,

       Defendants

### FINAL JUDGMENT

The parties hereto have informed the Court that they settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF STORAGE TECHNOLOGY (BERMUDA), LTD.,** to have and recover from Defendants Weiss & Woolrich Southern Enterprises and American Casualty Co. the amount of **SIX HUNDRED FIFTY THOUSAND DOLLARS** (**$650,000.00**).  This Judgment is a release from all damages and causes of action exercised in the Complaint and all damages and causes of action that could follow or emanate from the facts stated therein.  This Judgment is entered without the imposition of costs or attorneys' fees.

The parties will file the signed settlement papers with the Court **on or before June 13, 2008.**  The Court will retain jurisdiction over this matter to enforce the terms of the settlement.

CIVIL NO. 07-1627(JP)              -2-


    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 3rd day of June, 2008.


s/Jaime Pieras, Jr.<br>
JAIME PIERAS, JR.<br>
U.S. SENIOR DISTRICT JUDGE

**AS AGREED TO BY:**

| COUNSEL FOR PLAINTIFF STORAGE TECHNOLOGY (BERMUDA) LTD. | COUNSEL FOR DEFENDANTS WEISS & WOOLRICH SOUTHERN ENTERPRISES; AMERICAN CASUALTY CO. OF READING, PA |
|---|---|
| s/José L. Ramírez-Coll | s/Francisco J. Ortiz-García |
| José L. Ramírez-Coll, Esq. <br> José A. Acosta-Grubb, Esq. | Iván M. Fernández, Esq. <br> Francisco J. Ortiz-García, Esq. |